# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY WHITE IV, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:22-CV-1279 RLW |
| EXPRESS PETROLEUM INC. | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice (ECF No. 11),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of August, 2023.